IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYLVESTER JUAQUEE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORRECTIONAL OFFICER SCHAPPERT | : | NO. 12-4255 |
| LT. CAMPOS | : | |

O R D E R

AND NOW, this 3d day of August, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se civil complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED pursuant to 28 U.S.C. § 1915.

2. Plaintiff's complaint is DISMISSED without prejudice for the reasons discussed in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event he can cure the deficiencies in his complaint. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

3. The Clerk of Court is directed to CLOSE this case for statistical purposes.

BY THE COURT:

MARY A. McLAUGHLIN, J.